# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

September 4, 2023

**BY ECF**
Honorable Judge Lorna G. Schofield
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Felix Castro v. Basin Sports, Inc.- Case No.1:23-cv-05836-LGS

To the Honorable Judge Lorna G. Schofield,

      Plaintiff submits this letter motion respectfully seeking an adjournment of the initial conference currently scheduled for September 13, 2023 at 4:10pm pursuant to Your Honors Order dated August 31, 2023 (Docket# 6).  Plaintiff admittedly is late in submitting this request and humbly apologizes to Your Honor and this Court for not strictly adhering to Your Honor's Order.  Plaintiff filed this action on July 7, 2023 and has sent the Summons out for service on August 29, 2023.  There is no update as to the process server's attempt thus far.  Should the attempt be unsuccessful, Plaintiff intends to attempt service upon the Secretary of State in which the Defendant is registered.  Plaintiff respectfully seeks an adjournment of the initial conference from September 13, 2023 to October 18, 2023 to allow the Plaintiff an opportunity to serve the Defendant and give the parties an opportunity to discuss an early resolution.  This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

Application **GRANTED**. The initial pretrial conference scheduled for September 13, 2023, is **ADJOURNED** to **October 4, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. Plaintiff shall also attempt to serve Defendant via FedEx at their place of business, and file proof of service by **September 8, 2023**. So Ordered.

Dated: September 6, 2023

New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE