UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CASTRO,
                      Plaintiff,

      -against-                               23 Civ. 5836 (LGS)

BASIN SPORTS, INC.,                          ORDER
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated October 6, 2023, required the parties to file a joint status letter by December 11, 2023.

WHEREAS, the parties have not filed the required status letter. It is hereby

**ORDERED** that, as soon as possible and no later than **December 15, 2023**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: December 12, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE