```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    FELIX CASTRO,                                            :
                                 Plaintiff,                  :
                                                             :    23 Civ. 5836 (LGS)
               -against-                                     :
                                                             :         ORDER
    BASIN SPORTS, INC.,                                      :
                                 Defendant.                  :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated October 6, 2023, required the parties to file a joint status letter by December 11, 2023.

WHEREAS, the parties did not file the required status letter.

WHEREAS, an Order dated December 12, 2023, directed the parties to file the required letter as soon as possible and no later than December 15, 2023.

WHEREAS, the parties have not filed the required status letter.  It is hereby

**ORDERED** that, as soon as possible and no later than **January 4, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.  If Defendant refuses to cooperate in the preparation of this document, Plaintiff shall prepare and file it.  If Plaintiff fails to comply with this order, the case will be dismissed for failure to prosecute.

Dated:  December 21, 2023
        New York, New York

                                            _____
                                                   LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE